# Exhibit B

United States District Court – Northern District of Illinois

*E&G, Inc. v. American Hotel Register Company*

Case No. 1:17-cv-01011

**RIDER TO SUBPOENA – WESTERN PRINTING**

**DEFINITIONS:**

"**DEFENDANT**" means AMERICAN HOTEL REGISTER COMPANY, and any of its agents, attorneys, employees, officers, directors, affiliates, parent companies, subsidiaries, or anyone engaged or retained in any way to transmit facsimile transmissions.

"**WESTERN PRINTING**" means WESTERN PRINTING COMPANY and any of its agents, attorneys, employees, officers, directors, affiliates, parent companies, subsidiaries, or anyone engaged or retained in any way to transmit facsimile transmissions.

"**WYNDHAM**" means WYNDHAM WORLDWIDE CORPORATION and any of its agents, attorneys, employees, officers, directors, affiliates, parent companies, subsidiaries, or anyone engaged or retained in any way to transmit facsimile transmissions.

"**WESTFAX**" means WESTFAX, INC. and any of its agents, attorneys, employees, officers, directors, affiliates, parent companies, and subsidiaries.

"**Communication**" means any exchange of information, whether orally or in writing, and includes, but is not limited to, telephonic communication, audiovisual communication, radio transmission, television transmission, data transmission and any and all forms of written information and documents.

"**Sent**" means "sent" as used or defined or in the same context as the term sent is used in the Telephone Consumer Protection Act, as amended by the Junk Fax Prevention Act of 2005, 47 U.S.C. § 227 et seq.

1

"**Document**" means anything in or upon which information may be fixed and can be perceived, reproduced or otherwise communicated, with or without the aid of any machine or device and regardless of the medium of expression in which the information is fixed (e.g., print, video, audio, computer diskette, magnetic tape), including but not limited to, the following: contracts, agreements, electronic mail, insurance plans, insurance policies, papers, photographs, tape recordings, transcripts, computer diskettes, computer drives, hard drives, mainframes or any other kind of database or data stored in a computer in any manner (including any metadata and coding information necessary to gain access to any such computer information), videotapes, documents filed with any state or federal regulatory or administrative agency or entity, annual reports, shareholder agreements, letters, correspondence, memoranda, diaries, journals, corporate forms, faxes, telegrams, photographs, court papers, financial reports, financial statements, annual reports, checks, check books, check stubs, check statements, bank statements, deposit slips, journals, general and subsidiary ledgers, worksheets, accounts, bills, promissory notes, invoices, punch cards, purchase orders, acknowledgments, authorizations, sales slips, receipts, shipping papers, telex and other teletype communications, computer printouts, any other printout sheets, movie film, slides, microfilm, reports (including appraisal reports), studies, summaries, minutes of meetings, minute books, circulars, notes (whether typewritten, handwritten or otherwise), agendas, bulletins, notices, announcements, proofs, sheets, instructions, charts, tables, manuals, brochures, magazines, pamphlets, lists, visitors' logs, schedules, price lists, engineering and/or architectural drawings, sketches, plans, blueprints, specifications, diagrams, drafts, books and records, desk calendars, notebooks, registers, appointment books, budgets, analyses, projections, tax returns and all other data compilations from which information can be obtained or translated, regardless of whether such materials are in your possession or are in the possession of your

present or former officers, agents, servants, employees, representatives, attorneys, or other persons acting on their behalf. The term "document" also includes any and all drafts and copies of any of the foregoing materials that do not conform to the original or final version in any way, in that they contain any mark, alteration or additional writing or other change from the original or final version. Documents including all metadata typically stored electronically, that describe the characteristics, origins, usage and validity of other electronic evidence including information describing the history, tracking, or management of said electronic evidence. When producing electronic documents, the production should be in native electronic form and include all metadata.

**DOCUMENTS REQUESTED:**

1. All documents containing communications between **WESTERN PRINTING** and **WESTFAX** relating to the sending of the documents by fax attached as Exhibit A.

2. All documents containing communications between **WESTERN PRINTING** and **WYNDHAM** relating to the sending of the documents by fax attached as Exhibit A.

3. All documents, databases, telephone records, or computer records which identify or which may lead to the identity of fax numbers, names and addresses of persons or entities to whom **WESTFAX** sent or caused to be sent the documents attached as Exhibit A.

4. All **WESTFAX** reports created as a result of the sending of the documents attached as Exhibit A.

5. All fax transmission logs received from **WESTFAX** as a result of the sending of the documents attached as Exhibit A.

6. All **WESTFAX** invoices created as a result of the sending of the documents attached as Exhibit A. A sample invoice is attached as Exhibit B.

7. All documents which contain the fax lists used to send the documents by fax attached as Exhibit A.

8. Any contracts or agreements entered into by **WESTERN PRINTING** and **WESTFAX.**

9. Any contracts or agreements entered into by **WESTERN PRINTING** and **WYNDHAM.**

3

**EXHIBIT A**

12-01-2015 7:15    973-753-7483    324-794-4245    p. 1/8

## Act now to save on mandated
## Innov8te Headboard and Shelf

The Innov8te Headboard and Shelf is now a property mandate. Though you have until December of 2018 to comply, we've partnered with Interia Hospitality to help you earn great savings on this product upgrade.



Call today: 1-800-123-0000
[illegible website]



*Headboard shelf shown in walnut finish also available in black*

**Get 3 FREE Headboard and Shelf sets. Here's how:**
With every 10 headboard/shelf sets ordered between October 1, 2015 and March 31, 2016 get three sets FREE.

**Early bird gets the best deal!**
On April 1, 2016, this offer drops down to just 1 FREE headboard/shelf. Make your upgrade today.

**Save more with case goods from Interia**
- Orders of $10,000 to $24,999 = 15% Rebate on headboard + shelf
- Orders of $25,000 to $49,999 = 25% Rebate on headboard + shelf
- Orders of $50,000 and up = 35% Rebate on headboard + shelf



| Headboards, with 3" black frame. | |
|---|---|
| 7150GRO1095 | 60"W x 58" H x 1" D |
| Headboard Shelves, Walnut or Black finish. | |
| 2150GR10762 | 76"W x 6.75" H x 5" D |

To select artwork for headboards, visit www.[illegible].com. The artwork number must be provided at the time of ordering and is then added to the item number.

Your order must be placed on or before 3/31/2016. Please contact your sales representative directly for assistance and to secure your savings.





All products and services are manufactured and/or provided by American Hotel Register Company, and not by Wyndham Worldwide Corporation (WWC) or its affiliates. Neither WWC nor its affiliates are responsible for the accuracy or completeness of any statements made in this advertisement, the content of this advertisement (including the text, representations and illustrations) or any material on a website to which the advertisement provides a link or a reference. Please refer to the applicable brand specifications for your property prior to purchasing products.

This facsimile contains confidential information intended only for the use by Wyndham Worldwide offices. If the reader of this facsimile is not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination or copying of this facsimile is strictly prohibited. If you have received this facsimile by error, please immediately notify us by sending [illegible]@wyn.com. To opt out from future faxes, email [illegible]@wyn.com or call this toll-free number: (877) 764-4212.

WYNDHAM HOTEL GROUP

**EXHIBIT B**



**REMIT TO:**

10465 PARK MEADOWS DRIVE SUITE 200
LONE TREE, CO 80124

*TEL: (303) 299-9329*
*FAX: (303) 299-9309*

BILL TO:

Western Printing Co.
Attn: Audrey Imsland
PO Box 1555
Aberdeen, SD 57401

# Invoice

| ACCOUNT NUMBER | DATE | INVOICE # |
|---|---|---|
| 5345 | 12/5/2015 | 1259826 |

| | Terms |
|---|---|
| | Net 30 |

| ITEM DESCRIPTION | QUANTITY | AMOUNT |
|---|---|---|
| Broadcast Fax Per Page Normal WESTERNP-Wyndham - Date: 12/1/2015 Job: BFX-72577589 Name: Western Hotel Supply-DEC - Western Hotel Supply-DE Billing Code: | 16,695.0 | $350.84 |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

**TOTAL** 350.84

Questions? Please contact accounting@westfax.com for support.

Pg. 1