IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN HOTEL REGISTER COMPANY, <br><br> Defendant. | Case No. 17-CV-1011 <br><br> Honorable Jorge L. Alonso |

## NOTICE OF BANKRUPTCY FILING

Defendant American Hotel Register Company ("Defendant"), through its undersigned counsel, respectfully submits this Notice of Bankruptcy Filing to alert the Court of a Chapter 7 Involuntary Petition filed against it and states as follows regarding same.

1) On August 2, 2021, this Court stayed this case until the United States Court of Appeals for the Seventh Circuit rules in *Gorss Motels, Inc. v. Brigadoon Fitness, Inc.*, case number 21-1358 ("*Brigadoon*" or the "*Brigadoon* case").

2) On September 24, 2021, the Seventh Circuit heard oral argument in *Brigadoon* but has not issued a ruling as of the date of this filing.

3) This case is set for a status conference before this Court on January 20, 2022.

4) Counsel for Defendant recently became aware of a Chapter 7 Involuntary Bankruptcy Petition filed against Defendant in the United States Bankruptcy Court for the Northern District of Illinois, case number 21-11733 (the "Bankruptcy Petition").

5) 11 U.S.C. § 362(a) ("Section 362") states that "a petition filed under section 301, 302, or 303 of this title . . . operates as a stay of most litigation against the debtor in bankruptcy or involving property of the bankruptcy estate." *Eldorado Canyon Props., LLC v. Mantalvanos*, 515

B.R. 852, 855 (M.D. Fla. Aug. 20, 2014); *see also In re Howrey LLP*, 534 B.R. 373, n. 6 ("a petition filed under section 301, 302, or 303 of this title . . . operates as a stay").

6) Courts have held that Section 362 applies to involuntary bankruptcy petitions and that the filing of an involuntary bankruptcy petition—like the one filed against Defendant—results in an automatic stay of litigation pending against the person or entity subject to an involuntary bankruptcy petition. *Eldorado Canyon Props., LLC*, 515 B.R. at 855 (holding that "the stay provisions of section 362 apply" to Chapter 7 involuntary bankruptcy petitions and that "the language of section 362 states that the filing of a[n] [involuntary] petition under section 303 operates as a stay . . . [a]ccordingly, a stay under section 362 was in effect upon the filing of the involuntary petition . . ."); *In re Howrey LLP*, 534 B.R. 373, n. 6 (Bankr. N.D. Cal. Aug. 11, 2015) ("As vigorously as some debtors may fight involuntary petitions and seek dismissal, they nevertheless enjoy the protection of section 362(a) while they battle."); *Gilchrist v. Gen. Electric Capital Corp.*, 262 F.3d 295, 303 (4th Cir. 2001) (explaining that an automatic stay commences upon the filing of involuntary petition); *In re Pink Moon Enters., LLC*, 444 B.R. 490, 491 (Bankr. S.D. Fla. 2011) ("the filing of an involuntary petition under § 303 immediately imposes the automatic stay under § 362(a).").

7) Accordingly, the Bankruptcy Petition filed against Defendant appears to provide a separate and independent basis for the Court to continue to stay this case and counsel for Defendant wanted to notify the Court of its filing.

8) Counsel for Defendant notified counsel for Plaintiff about the Bankruptcy Petition on January 11, 2022 but has not heard back from counsel for Plaintiff about the petition.

2

        Respectfully submitted,

        HINSHAW & CULBERTSON LLP

        */s/ Joseph D. Kern*
        Joseph D. Kern

David M. Schultz
John P. Ryan
Joseph D. Kern
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
dschultz@hinshawlaw.com
jryan@hinshawlaw.com
jkern@hinshawlaw.com

0996004\309920122.v1

## CERTIFICATE OF SERVICE

      I, Joseph D. Kern, an attorney, certify that on January 19, 2022, caused to be served a copy of the foregoing by: depositing same in the U.S. Mail box at 151 North Franklin Street, Chicago, Illinois 60606, prior to 5:00 p.m., postage prepaid; messenger delivery; UPS; facsimile transmitted from (312) 704-3001; email; or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

- ☒ ECF
- ☐ Facsimile
- ☐ UPS
- ☐ U.S. Mail
- ☐ E-Mail
- ☐ Messenger Delivery

To:    All Parties of Record

                                                  */s/ Joseph D. Kern*
                                                  Joseph D. Kern