UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GORSS MOTELS, INC., a Connecticut corporation, individually and as the representative of a class of similarly-situated persons,<br><br>          Plaintiff,<br><br>      v.<br><br>AMERICAN HOTEL REGISTER COMPANY, an Illinois corporation, and JOHN DOES 1-5,<br><br>          Defendants. | Case No: 1:17-cv-01011 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, GORSS MOTELS, INC., and Defendant, AMERICAN HOTEL REGISTER COMPANY, hereby dismiss Plaintiff's individual claims with prejudice and class allegations without prejudice with each party to bear its own costs.

Respectfully submitted,

For Plaintiff:

/s/ Ryan M. Kelly
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL  60008

For Defendant:

/s/ John P. Ryan
John P. Ryan
David M. Schultz
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, IL  60606

Final

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 24, 2022, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

/s/ Ryan M. Kelly